■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD COLAVITO, Appellant. [624 NYS2d 944] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered June 12, 1991, convicting him of falsifying business records in the first degree (38

counts), grand larceny in the third degree, and official misconduct, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish that the defendant committed the crime of grand larceny in the third degree. Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

In addition, the defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Mangano, P. J., Rosenblatt, Miller and Ritter, JJ., concur.